**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **CASE NO: 4:23-cr-00296-BSM**

**BRIAN RILEY** **DEFENDANT**
**Reg. No. 32081-009**

**ORDER**

Brian Riley's motion to amend the judgment [Doc. No. 41] is denied because he seeks a sentence reduction which is not available under Federal Rule of Criminal Procedure 36. *See United States v. Prado*, 82 F.3d 421 (8th Cir. 1996) ("'Rule 36 authorizes a court to correct a clerical error in a judgment at any time' although it 'does not authorize a district court to *modify* a sentence at any time.'") (quoting *United States v. Tramp*, 30 F.3d 1035, 1037 (8th Cir.1994)).

IT IS SO ORDERED this 3rd day of August, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE